| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>MICHAEL PALMA | COURT CASE NUMBER<br>4:20CV2741   4-20-CV-2741 |
|---|---|
| DEFENDANT<br>HARRIS COUNTY APPRAISAL DISTRICT, ET AL | TYPE OF PROCESS<br>SUMMONS AND COMPLAINT |

RECEIVED UNITED STATES MARSHAL
2020 AUG 13 AM 10:12
SOUTHERN DIST. S./TX

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JUDGE DEDRA DAVIS, HARRIS COUNTY CIVIL COURTHOUSE
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
270th STATE DISTRICT COURT, 201 CAROLINE, 13TH FLOOR, HOUSTON TX 77002

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US COURTS
515 RUSK, ROOM 5300
HOUSTON TX 77002

United States Courts
Southern District of Texas
**FILED**
SEP 03 2020
David J. Bradley, Clerk of Court

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
*joan davenport, deputy clerk*
TELEPHONE NUMBER: 713-250-5500
DATE: 8/12/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin No. F79 | District to Serve No. F79 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/31/2020 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
DAIQUIRI ROY, COURT COORDINATOR
Date: 9-1-20  Time: 11:25 ☒ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy
L. HERNANDEZ

| Service Fee<br>65.00 | Total Mileage Charges *(including endeavors)*<br>$ 1.27 | Forwarding Fee<br>0 | Total Charges<br>$ 66.27 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>66.27 |
|---|---|---|---|---|---|

REMARKS