IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL PALMA<br>　　　Plaintiff, | §<br>§<br>§ |
| v. | § Civil Action No. 4:20-CV-02741<br>§<br>§ |
| HARRIS COUNTY APPRAISAL<br>DISTRICT and DEDRA DAVIS<br>　　　Defendants. | §<br>§<br>§<br>§ |

## **CERTIFICATE OF FINANCIALLY INTERESTED PERSONS / ENTITIES**

TO THE HONORABLE U.S. DISTRICT COURT JUDGE ALFRED BENNETT.:

Defendant Dedra Davis ("Defendant") appears through her attorneys to comply with this Court's Order for Conference and Disclosure of Interested Parties. Defendant now therefore certifies to the Court that, to the best of her actual knowledge, the people and entities having a financial interest in the outcome of this litigation are the parties to this litigation, as shown in the style of the case.

　　　　　　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　KEN PAXTON
　　　　　　　　　　　　　　　　　Attorney General of Texas

　　　　　　　　　　　　　　　　　BRENT WEBSTER
　　　　　　　　　　　　　　　　　First Assistant Attorney General

　　　　　　　　　　　　　　　　　DARREN L. MCCARTY
　　　　　　　　　　　　　　　　　Deputy Attorney General for Defense Litigation

　　　　　　　　　　　　　　　　　THOMAS A. ALBRIGHT
　　　　　　　　　　　　　　　　　Division Chief - General Litigation

　　　　　　　　　　　　　　　　　*/s/ Tanya Robinson*
　　　　　　　　　　　　　　　　　TANYA ROBINSON
　　　　　　　　　　　　　　　　　Attorney-in-Charge

1

State Bar No. 24095822
Assistant Attorney General
GENERAL LITIGATION DIVISION
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-936-1162
Fax: 512-320-0667
tanya.robinson@oag.texas.gov

*ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I certify that on October 20, 2020 the foregoing document was filed via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Tanya Robinson*
TANYA ROBINSON
Assistant Attorney General