IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL PALMA<br>*Plaintiff*,<br><br>v.<br><br>HARRIS COUNTY APPRAISAL DISTRICT,<br>and DEDRA DAVIS,<br>*Defendants*. | §<br>§<br>§<br>§  Civil Action No. 4:20-CV-02741<br>§<br>§<br>§<br>§<br>§ |

## DEFENDANTS HARRIS COUNTY APPRAISAL DISTRICT, DEDRA DAVIS, AND CHRISTINE WEEMS'S UNOPPOSED JOINT MOTION FOR CONTINUANCE OF JOINT PRETRIAL ORDER DEADLINE, DOCKET CALL AND TRIAL DATES

TO THE HONORABLE ALFRED H. BENNETT:

Defendants Harris County Appraisal District ("HCAD"), Judge Dedra Davis, and Judge Christine Weems (collectively, the "Defendants") file this Unopposed Joint Motion for Continuance of Joint Pretrial Order Deadline, Docket Call and Trial Dates, and would respectfully show the Court as follows:

1. Two consolidated cases are involved in this lawsuit, one filed by Plaintiff against Judge Dedra Davis and HCAD (Civ. A. No. 4:20-cv-02741), and another filed by Plaintiff against Judge Weems and HCAD (Civ. A. No. 4:20-cv-02743). Judge Weems filed a motion to dismiss on September 9, 2020 (Civ. A. No. 4:20-cv-02743, Dkt. 9), Judge Davis filed a motion to dismiss on September 21, 2020 (Civ. A. No. 4:20-cv-02741, Dkt. 7), and HCAD filed motions to dismiss on October 1, 2020 (Civ. A. No. 4:20-cv-02741, Dkt. 8) and November 2, 2020 (Civ. A. No. 4:20-cv-02743, Dkt. 15). These motions, as well as responses filed by Plaintiff and replies filed by Defendants, are still pending before this Court.

2. This Court entered a Scheduling Order on November 13, 2020 (Civ. A. No. 4:20-cv-02741, Dkt. 20), setting the Trial Date for June 14, 2021, in Plaintiff's lawsuit against HCAD and Judge Dedra Davis.

3. After that Scheduling Order was entered, this Court consolidated Plaintiff's lawsuit against HCAD and Judge Davis with Plaintiff's concurrent lawsuit against HCAD and Judge Christine Weems under this case number (Civ. A. No. 4:20-cv-02741) on January 22, 2021 (Dkt. 32).

4. Assuming the November 20, 2021 Scheduling Order applies to this consolidated case, Defendants respectfully request a 60-day extension of the current June 14, 2021 trial deadline to August 13, 2021. Defendants request this extension to allow for additional time for review of the pending dispositive motions, which Defendants believe will dispose of all claims and dispense with the necessity of trial. The request for additional time will assist with allowing the undersigned counsel to become more familiar with the lawsuit in preparation for the upcoming trial.

5. Accordingly, Defendants respectfully request the Court to amend the deadlines as follows:

   a. July 23, 2021: Joint Pretrial Order.

   b. August 10, 2021: Docket Call.

   c. August 13, 2021: Trial Date.

6. Defendants ask this Court to sign the proposed Amended Joint Pretrial Order Deadline, Docket Call and Trial Dates Order extending the current deadlines by 60 days to promote the efficient resolution of this case. Plaintiff is unopposed to this request and this is the first request for continuance by Defendants.

7. The extension of these deadlines is not for delay but is sought so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request the Court grant this Unopposed Joint Motion for Continuance of Pretrial Order Deadline, Docket Call and Trial Dates for the reasons shown and for such other relief to which Defendants are entitled.

**Date**:   May 20, 2021                                   Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief for General Litigation Division

/s/ *John Daniel Coolidge*
**JOHN DANIEL COOLIDGE**
Attorney-in-Charge
Admitted *Pro Hac Vice*
Texas Bar No. 24113693
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone (512) 475-4072
Facsimile: (512) 320-0667
daniel.coolidge@oag.texas.gov
**COUNSEL FOR DEFENDANT**


/s/ *Ramón G. Viada III* (with permission)
**Ramón G. Viada III**
State Bar No. 20559350
Viada & Strayer
17 Swallow Trail Court
The Woodlands, Texas 77831
Telephone: (281) 419-6338
Fax: (281) 661-8887

rayviada@viadastrayer.com
**COUNSEL FOR HARRIS COUNTY APPRAISAL DISTRICT**

## CERTIFICATE OF CONFERENCE

I certify that on May 17, 2021, I conferred via phone with the Plaintiff, Michael Palma, who is proceeding *pro se,* regarding the contents of this motion, and he indicated that he is unopposed to the relief sought herein.

/s/ *John Daniel Coolidge*
**JOHN DANIEL COOLIDGE**
Assistant Attorney General

## CERTIFICATE OF FILING AND SERVICE

On May 20, 2021, the undersigned attorney filed the foregoing document with the Clerk of the Court for the Southern District of Texas and served a true and correct copy of the foregoing to all counsel of record in compliance with the Federal Rules of Civil Procedure.

Michael Palma Pro Se
5026 Autumn Forest Dr.
mpalma1@gmail.com
**PLAINTIFF PRO SE**

/s/ *John Daniel Coolidge*
**JOHN DANIEL COOLIDGE**
Assistant Attorney General