IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL PALMA,<br>*Plaintiff*, | § § § | |
| v. | § § § | Civil Action No. 4:20-CV-02741 |
| HARRIS COUNTY APPRAISAL DISTRICT,<br>and DEDRA DAVIS,<br>*Defendants*. | § § § § | |

## ORDER GRANTING CONTINUANCE

Before the Court is Defendants' Unopposed Joint Motion for Continuance of Joint Pretrial Order Deadline, Docket Call and Trial Dates. (Dkt. __). That motion is granted. The Joint Pretrial Order Deadline, Docket Call and Trial dates are amended as follows:

| Case Event | Current Deadline | Amended Deadline |
|---|---|---|
| Joint Pretrial Order | May 24, 2021 | July 23, 2021 |
| Docket Call | June 11, 2021 at 1:30 P.M. | August 10, 2021 at _____ |
| Trial | June 14, 2021 | August 13, 2021 |

SIGNED on _____, at Houston, Texas.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE