United States District Court
Southern District of Texas
**ENTERED**
May 24, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL PALMA, *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. 4:20-CV-02741 |
| HARRIS COUNTY APPRAISAL DISTRICT, and DEDRA DAVIS, *Defendants*. | § § § § § | |

## ORDER GRANTING CONTINUANCE

Before the Court is Defendants' Unopposed Joint Motion for Continuance of Joint Pretrial Order Deadline, Docket Call and Trial Dates. (Dkt. 38). That motion is granted. The Joint Pretrial Order Deadline, Docket Call and Trial dates are amended as follows:

| Case Event | Current Deadline | Amended Deadline |
|---|---|---|
| Joint Pretrial Order | May 24, 2021 | July 23, 2021 |
| Docket Call | June 11, 2021 at 1:30 P.M. | August 13 2021 at 1:30 PM |
| Trial | June 14, 2021 | August 16, 2021 at 9:00 AM |

SIGNED on May 24, 2021, at Houston, Texas.

HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE