United States District Court
Southern District of Texas
**ENTERED**
May 26, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL PALMA, § § Plaintiff, § VS. § § HARRIS COUNTY APPRAISAL § DISTRICT and DEDRA DAVIS § § Defendants. § | CIVIL ACTION NO. 4:20-CV-02741 |

## ORDER

Before the Court is Plaintiff's Motion to Compel Discovery and Response to Defendant Davis's Motion for Protective Order. Doc. #26. The Court has granted Defendant Davis's Motion for Protective Order, thus staying all discovery in this case until the pending motions to dismiss have been resolved. Accordingly, Plaintiff's Motion to Compel Discovery is DENIED.

It is so ORDERED.

__MAY 2 6 2021__
Date

_____
The Honorable Alfred H. Bennett
United States District Judge