United States District Court
Southern District of Texas
**ENTERED**
May 26, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL PALMA §<br>Plaintiff, §<br>§<br>v. §<br>§<br>§<br>HARRIS COUNTY APPRAISAL §<br>DISTRICT and DEDRA DAVIS §<br>Defendants. § | Civil Action No. 4:20-CV-02741 |

### ORDER GRANTING JUDGE DEDRA DAVIS'S MOTION FOR PROTECTIVE ORDER

BE IT REMEMBERED on this day there was presented to Defendant Judge Dedra Davis ("Judge Davis") Motion for Protective Order, and the Court having reviewed the motion, the law, and arguments of all parties, enters the following order:

IT IS **ORDERED** that Judge Davis' Motion for Protective Order is **GRANTED**.

IT IS FURTHER **ORDERED** that discovery is **STAYED** and Judge Davis shall not be required to respond to any discovery request issued by any party in this case until after the Court rules on Judge Davis's Motion to Dismiss.

SIGNED this _____ day of __MAY 2 6 2021__, 202__.

HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE