United States District Court
Southern District of Texas

**ENTERED**

May 26, 2021

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL PALMA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-CV-02741 |
| | § | |
| | § | |
| HARRIS COUNTY APPRAISAL | § | |
| DISTRICT and DEDRA DAVIS | § | |
| Defendants. | § | |

---

### ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY

---

BE IT REMEMBERED on this day there was presented by Defendants' Joint Motion to Stay Discovery, and the Court having reviewed the motion, the law, and arguments of all parties, enters the following order:

IT IS **ORDERED** that Defendants' Motion to Stay Discovery is **GRANTED**.

IT IS FURTHER **ORDERED** that discovery is **STAYED** in this case until after the Court rules on Defendants' Motions to Dismiss.

SIGNED this _____ day of ____MAY 2 6 2021____, 2020.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE