UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL PALMA, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:20-CV-02741 |
| VS. | § § | |
| HARRIS COUNTY APPRAISAL DISTRICT and DEDRA DAVIS | § § § § | |
| Defendants. | | |

## ORDER

Before the Court are United States Magistrate Judge Frances H. Stacy's Memorandum and Recommendation filed on June 28, 2021 (Doc. #23) and Plaintiff's Objections (Doc. #52). The Magistrate Judge's findings and conclusions are reviewed de novo. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order. As such, this case and the related case, *Palma v. Harris County Appraisal, et al*, Civil Action Number 4:20-cv-2743, are hereby DISMISSED with prejudice.

It is so ORDERED.

AUG 0 3 2021
Date

The Honorable Alfred H. Bennett
United States District Judge